UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS SOTO,

       Plaintiff,

                                        Case No. 07-CV-11929
vs.                                      HON. GEORGE CARAM STEEH

THOMAS BIRKETT, et al.,

       Defendants.

_____/

## **JUDGMENT**

The above entitled matter has come before the Court on Defendants' for summary judgment, and in accordance with the Court's order granting Defendants' motion for summary judgment entered this date;

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of Defendants.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          BY: s/Josephine Chaffee
                                                 DEPUTY COURT CLERK

Dated: April 29, 2009